Opinion issued April 5, 2012.



 

 

 

 

 

 

In The

Court of Appeals

For The

First District of
Texas

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



NO. 01-11-00233-CV

____________

 








MARVA ZACHAIRE, Appellant

 

V.

 

ROSEMONT
ASSISTED LIVING, COMMUNITY OF KINGWOOD LTD., TEXAS BEST STAFF LEASING, INC.
D/B/A ALT-SOURCE, Appellees

 

 

On Appeal from the 270th District Court

Harris County, Texas

Trial Court Cause No. 2009-45507

 




 
 
 
 
 
 
 


 



MEMORANDUM OPINION








Appellant
is attempting to appeal from the trial court’s denial of her pretrial motion to
recuse the trial court judge.  Because we lack jurisdiction, we dismiss.

Generally, an appeal may be taken
only from a final judgment or order. Lehmann v. Har-Con Corp., 39 S.W.3d 191,
195 (Tex. 2001).  An order denying
a motion to recuse may be reviewed only “on appeal from the final judgment.” Tex. R. Civ. P. 18a(f);
see Hawkins v. Walker, 233 S.W.3d
380, 401 (Tex. App.—Fort Worth 2007, pet. denied). 

On
November 15, 2011, the Court notified the parties of its intent to dismiss the
appeal for want of jurisdiction unless appellant filed a response demonstrating
this court’s jurisdiction on or before November 29, 2011.  See Tex. R. App. P. 42.3(a).  Appellant has not responded. 

Accordingly,
we dismiss the appeal for want
of jurisdiction. See  Tex. R. App. P. 42.3(a).  All pending motions are dismissed as moot.

We direct the Clerk to
issue the mandate within 10 days of the date of this opinion. See  Tex. R. App. P. 18.1. 


PER CURIAM

Panel consists of Chief Justice
Radack and Justices Higley and Brown.